UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MARIA O. FERNANDES,   Case No: 6:10-bk-21070-KSJ

_____ Debtor./   Chapter 13

### First Amended Chapter 13 Plan

COMES NOW, the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 - 24 (January 14, 2011 - December 14, 2012) | $1,138.00 |
| 25 - 60 (January 14, 2013 - December 14, 2015 | $1,544.31 |

The Debtors shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Brian Michael Mark, PA | $2,959.00 | $100.00 | 1-29 |
|  |  | $ 59.00 | 30 |
| Brian Michael Mark, PA For Monthly Maintenance Fees - 60 Month Plan | $2,700.00 | $ 50.00 | 7-60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo Home Mtg | $117,317.95 | $824.20 | 1-4 |
|  |  | $773.90 | 5-60 |
| SunTrust Bank (Second Mortgage) | $140,645.87 | Order Granting Motion To Avoid Lien entered on April 6, 2011. | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo Home Mtg. | $26,912.70 | $100.00 | 1-4 |
|  |  | $100.30 | 5-24 |
|  |  | $597.41 | 25-30 |
|  |  | $697.41 | 31-60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

None

**Property to Be Surrendered:**

**Creditor Name:**　　　　　　　　　　　　　**Property:**

None

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| None | | |

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|
| None | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100%.**

Property of the Estate revests in the Debtors upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtors.

_____
MARIA O. FERNANDES, Debtor

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the First Amended Chapter 13 Plan of Debtors will be furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, on the __26__ day of May, 2011.

Brian M. Mark, Esquire
Florida Bar No. 134207
BRIAN MICHAEL MARK, P.A.
100 Church Street
Kissimmee, FL 34741
Telephone: (407) 932-3933
Telecopier: (407) 932-3965

ATTORNEY FOR DEBTOR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-21070-KSJ<br>Middle District of Florida<br>Orlando<br>Thu May 26 10:24:40 EDT 2011 | A Children's Surgical<br>c/o Associated Cr & Coll<br>975 Eyster Blvd.<br>Rockledge, FL 32955-3512 | Central FL Pathology Assoc<br>Post Office Box 140987<br>Orlando, FL 32814-0987 |
| Central Fl Educators F<br>1200 Weber St<br>Orlando, FL 32803-3398 | Central Florida Educators Federal Credit Uni<br>Attn: Kevin Miller, Esq.<br>1000 Primera Blvd.<br>Lake Mary, FL 32746-2194 | Maria O. Fernandes<br>1124 Sail Creek Drive<br>Orlando, FL 32824-5220 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Hospital<br>Patient Financial Services<br>P.O. Box 538800<br>Orlando, FL 32853-8800 | GE Money Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076-9104 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/JC Penney<br>Post Office Box 984100<br>El Paso, TX 79998-4100 | Teresa M. Hair<br>Florida Default Law Group, PL<br>P.O. Box 25018<br>Tampa, FL 33622-5018 |
| Hsbc Bank<br>Post Office Box 19360<br>Portland, OR 97280-0360 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JLR Anesthesia<br>P.O. Box 948075<br>Maitland, FL 32794-8075 |
| Peter W Kelly<br>Florida Default Law Group, P.L.<br>Post Office Box 25018<br>Tampa, FL 33622-5018 | Brian Michael Mark<br>Brian Michael Mark PA<br>100 Church Street<br>Kissimmee, FL 34741-5055 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| Orlando Health<br>Post Office Box 568547<br>Orlando, FL 32856-8547 | Suntrust Bank<br>Po Box 85052<br>Richmond, VA 23285-5052 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Wells Fargo Bank, NA<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Wells Fargo Bank, NA<br>1 Home Campus<br>Bankruptcy Payment Processing<br>MAC# x2302-04c<br>Des Moines, IA 50328-0001 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICA S SERVICING<br>ATTN BANKRUPTCY DEPT<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wells Fargo Home Mortgage<br>c/o Quintairos, Prieto, Wood<br>& Boyer, P.A. 49<br>4905 West Laurel St., 2nd Fl<br>Tampa, FL 33607-3834 | Wfnnb/Express<br>Post Office Box 330066<br>Northglenn, CO 80233-8066 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26